In the Matter of NEW YORK STATE LICENSED BAIL AGENT'S ASSOCIATION, INC., et al., Appellants, against JOHN M. MUR-TAGH, as Chief City Magistrate of the Magistrates' Court of the City of New York, et al., Respondents.

Submitted April 7, 1952; decided April 23, 1952.

*Lawrence Kovalsky, Frank R. Klein* and *David Goldstein* for motion.

*Denis M. Hurley, Corporation Counsel* (*Seymour B. Quel* and *Anthony Curreri* of counsel), opposed.

Motion denied, with $10 costs and necessary printing disbursements.